United States Bankruptcy Court for the:

**District of Maryland**

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | The West Nottingham Academy in Cecil County |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 52-0591693 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1079 Firetower Road | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Colora            MD    21917 | |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cecil County | |
| County | Number      Street |
| | |
| | City            State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | wna.org |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | The West Nottingham Academy in Cecil County | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

1110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____ / ____ / _____ Case number _____
                                          MM / DD / YYYY

        District _____ When ____ / ____ / _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When ____ / ____ / _____
                                     MM / DD / YYYY

        Case number, if known _____

| Debtor | The West Nottingham Academy in Cecil County | Case number (if known) |
|--------|------|------|
|        | Name |      |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | The West Nottingham Academy in Cecil County | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2023
             MM / DD / YYYY

✘ /s/ Jim Shone
Signature of authorized representative of debtor

Jim Shone
Printed name

Title  Trustee

**18. Signature of attorney**

✘ /s/ Matthew Abbott
Signature of attorney for debtor

Date  05/31/2023
      MM / DD / YYYY

Matthew Abbott
Printed name

Wolff & Orenstein LLC
Firm name

15245 Shady Grove Road Suite 465 - North
Number        Street

Rockville                              MD          20850-4231
City                                   State       ZIP Code

3012507232                             mabbott@wolawgroup.com
Contact phone                          Email address

21212                                  MD
Bar number                             State

---

**Fill in this information to identify the case:**

Debtor name ___The West Nottingham Academy in Cecil County___

United States Bankruptcy Court for the: ___District of Maryland___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................

   $ 2,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................

   $ 212,793.19

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................

   $ 2,212,793.19

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

   $ 5,432,200.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............

   +$ 1,806,621.58

4. **Total liabilities** .........................................................................
   Lines 2 + 3a + 3b

   $ 7,238,821.58

---

**Fill in this information to identify the case:**

Debtor name _The West Nottingham Academy in Cecil County_

United States Bankruptcy Court for the: _District of Maryland_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Casa Laxmi 6 Bosham Close Camperdown Heights Nassau, Bahamas, PO Box SP63801 | | Unsecured Loan Repayments | | | | 625,000.00 |
| 2 | Brock and Company, Inc. 257 Great Valley Pkwy. Malvern, PA, 19355 | | Food Vendor | | | | 373,079.10 |
| 3 | Enticor Properties 1 Wilkinson Road Brampton Ontario, Canada, L6T 4M6 | | Unsecured Loan Repayments | | | | 254,000.00 |
| 4 | Tesla PO Box 3500 Draper, UT, 84020 | | | | | | 137,808.28 |
| 5 | Bank of America 100 33rd Street, West New York, NY, 10001 | | Credit Card Debt | | | | 130,100.00 |
| 6 | Petro Commercial Services Attn: Robert Cochrane 1000 Woodbury Rd., Suite 200 Woodbury, NY, 11797 | | | | | | 49,584.11 |
| 7 | Star Building Services, Inc. PO Box 11410 Wilmington, DE, 19850 | | | | | | 38,755.37 |
| 8 | Delmarva Power PO Box 13609 Philadelphia, PA, 19101 | | | | | | 21,907.31 |

Debtor   The West Nottingham Academy in Cecil County                                    Case number *(if known)*_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Superior Plus Propane PO Box 981045 Boston, MA, 02298 | | | | | | 20,299.80 |
| 10 | SC&H Attest Services, PC PO Box 64271 Baltimore, MD, 21264 | | | | | | 17,143.17 |
| 11 | Armstrong Utilities PO Box 37749 Philadelphia, PA, 19101 | | Cable / Satellite Services | | | | 12,000.00 |
| 12 | Jostens, Inc. 21336 Network Place Chicago, IL, 60683 | | | | | | 11,974.76 |
| 13 | Belfint, Lyons, Shuman CPA 1011 Centre Road Suite 310 Wilmington, DE, 19805 | | | | | | 11,845.00 |
| 14 | Pollard & Associates, Inc. One North Park Dr. Suite 104 Hunt Valley, MD, 21030 | | | | | | 11,327.00 |
| 15 | Resilite Sports Projects, Inc. 200 Point Township Drive Northumberland, PA, 17857 | | | | | | 7,118.60 |
| 16 | IPFS Corporation 24722 Network Place Chicago, IL, 60673 | | | | | | 5,185.80 |
| 17 | Trago Mechanical, Inc. 5 West Wynwood Drive Willow Street, PA, 17584 | | | | | | 4,699.89 |
| 18 | Cardinal Web Solutions, LLC PO Box 930359 Atlanta, GA, 31193 | | | | | | 4,680.00 |
| 19 | Reach Boarding System PO Box 182 Windsor, NS, B0N2T0 | | | | | | 4,630.00 |
| 20 | TABS One North Pack Square Suite 301 Asheville, NC, 28801 | | | | | | 4,307.00 |

**Fill in this information to identify the case:**

Debtor name ___The West Nottingham Academy in Cecil County___

United States Bankruptcy Court for the: ___District of Maryland___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. Restricted Student Funds - FNB 6254          $ 0.00
   4.2. See continuation sheet          $ 163,131.19

5. **Total of Part 1**          $ 163,131.19

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $_____
   7.2. _____          $_____

Debtor    The West Nottingham Academy in Cecil County _____    Case number *(if known)*_____
              Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 | – 0.00 | = ........➜ | $ 0.00 |
| 11b. Over 90 days old: | 40,000.00 | – 30,000.00 | = ........➜ | $ 10,000.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 10,000.00

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                              $_____

---

| Debtor | The West Nottingham Academy in Cecil County | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Grounds Equipment | _____ MM / DD / YYYY | $_____ | _____ | Unknown $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    The West Nottingham Academy in Cecil County
Name

Case number (if known)_____

33.  **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | $_____ | _____ | $_____ |
| 40.  **Office fixtures** | $_____ | _____ | $_____ |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43.  **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    The West Nottingham Academy in Cecil County    Case number (*if known*)_____
_____
Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2019 Toyota 4Runner | $_____ | _____ | $ 10,000.00 |
| 47.2 2006 Ford F150 Pick-Up Truck | $_____ | _____ | $ 4,127.00 |
| 47.3 1988 Dodge Pick Up Plow Truck | $_____ | _____ | $ 1,000.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 24,534.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 39,661.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  The West Nottingham Academy in Cecil County

Name

Case number *(if known)*_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1079 Firetower Road, Colora, Maryland 21917 | | $_____ | FMV | $ 2,000,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 2,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>wna.org | $_____ | _____ | $ 1.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 1.00

Debtor    The West Nottingham Academy in Cecil County
          Name                                                          Case number *(if known)*_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____ – _____ = ➡ $_____
                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                      $_____

   Nature of claim         _____
   Amount requested        $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                      $_____

   Nature of claim         _____
   Amount requested        $_____

76. **Trusts, equitable or future interests in property**

   _____                      $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

   _____                      $_____
   _____                      $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor    The West Nottingham Academy in Cecil County
_____
Name

Case number *(if known)* _____

---

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 163,131.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 39,661.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➜ | | $ 2,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 212,793.19 | + 91b. $ 2,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... 2,212,793.19    $ 2,212,793.19

---

Debtor 1     The West Nottingham Academy in Cecil County        Case number *(if known)*_____

First Name     Middle Name     Last Name

## **Continuation Sheet for Official Form 206 A/B**

**4) Other cash equivalents**

**Operating Account – FNB 8903**        **$982.16**

**Reserve Account – FNB 3109**        **$162,149.03**

**Fischl Fund – FNB 5777**        **$0.00**

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**1995 Dump/Plow**        **6,500.00**
**Truck – Chev**

**2013 Chev Van**        **12,034.00**
**Express SW**

**2007 Chevy Pickup**        **2,000.00**
**Truck**

**2017 Chev Van**        **4,000.00**
**Express Passenger**
**Van 3500**

**Fill in this information to identify the case:**

Debtor name __The West Nottingham Academy in Cecil County__

United States Bankruptcy Court for the: __District of Maryland__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | | | |

**Creditor's name**
First National Bank (Line of Credit)

**Describe debtor's property that is subject to a lien**
1079 Firetower Road, Colora, Maryland 21917

Column A: $ 998,900.00   Column B: $ 2,000,000.00

**Creditor's mailing address**
12 Federal Street
Suite 300, Pittsburgh, PA 15212

**Describe the lien**
_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

USDA, 1st; First National Bank of Pennsylvania, 1st; First National Bank (Line of Credit), 2nd; USDA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | | | |

**Creditor's name**
First National Bank of Pennsylvania

**Describe debtor's property that is subject to a lien**
1079 Firetower Road, Colora, Maryland 21917

Column A: $3,848,800.00   Column B: $2,000,000.00

**Creditor's mailing address**
12 Federal Street
Suite 300, Pittsburgh, PA 15212

**Creditor's email address, if known**

**Describe the lien**
_____

**Date debt was incurred** 1/4/11

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** 0982

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 5,432,200.00

| Debtor | The West Nottingham Academy in Cecil County | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
M&T Bank

**Describe debtor's property that is subject to a lien**

2019 Toyota 4Runner

$ 14,600.00        $ 10,000.00

**Creditor's mailing address**

7 St. Paul Street
Suite 820, Baltimore, MD 21202

**Creditor's email address, if known**

_____

**Describe the lien**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[           ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
USDA

**Describe debtor's property that is subject to a lien**

1079 Firetower Road, Colora, Maryland 21917

$ 225,500.00        $ 2,000,000.00

**Creditor's mailing address**

1400 Independence Ave, SW
Washington, DC 20250

**Creditor's email address, if known**

_____

**Describe the lien**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[           ]

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
        The West Nottingham Academy in Cecil County
        Name

Case number *(if known)* _____

---

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
USDA
_____

**Creditor's mailing address**

1400 Independence Ave, SW
Washington, DC 20250

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

1079 Firetower Road, Colora, Maryland 21917

$304,400.00     $2,000,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
VAR Technology Finance
_____

**Creditor's mailing address**

2005 Market Street
14th Floor, Philadelphia, PA 19103

**Creditor's email address, if known**

_____

**Date debt was incurred** 01/18/2021

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC-1 Financing Statement

$40,000.00     $ Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    The West Nottingham Academy in Cecil County

Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First National Bank of Pennsylvania<br>c/o The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD, 21093-2264 | Line 2. 1 | _____ |
| First National Bank of Pennsylvania<br>c/o The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD, 21093-2264 | Line 2. 2 | _____ |
| Manufacturers and Traders Trust Company<br>c/o CSC-Lawyers Incorporating Service Co.<br>7 St. Paul St., Suite 820<br>Baltimore, MD, 21202 | Line 2. 3 | _____ |
| U.S. Dept. of Agricultural Rural Development<br>1221 College Park Drive<br>Suite 200<br>Dover, DE, 19904 | Line 2. 4 | _____ |
| USDA | Line 2. 1 | _____ |
| USDA<br>1400 Independence Ave, SW<br>Washington, DC, 20250 | Line 2. 1 | _____ |
| USDA<br>1400 Independence Ave, SW<br>Washington, DC, 20250 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ The West Nottingham Academy in Cecil County _____

United States Bankruptcy Court for the: _____ District of Maryland _____

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Comptroller of Maryland<br>Revenue Admin. Dept.<br>110 Carroll Street<br>Annapolis, MD, 21411-0001 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Internal Revenue Servoce<br>Cincinatti, OH, 45999-0010 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  ) | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

Debtor  The West Nottingham Academy in Cecil County
      Name

Case number (*if known*)_____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
About Town Limousine, Inc.
1717 Turkey Point Road
PO Box 276
North East, MD, 21901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 346.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Ace Hardware, Inc.
PO Box 364
23 West Main Street
Rising Sun, MD, 21911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 573.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4181

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Ace Rentals
8973 Yellow Brick Rd.
Baltimore, MD, 21237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 768.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Action Unlimited Resources
230 Quigley Blvd.
New Castle, DE, 19720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,620.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1625

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AIMS
890 Airport Park Road
Suite 103
Glen Burnie, MD, 21061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Health Insurance

$ 1,847.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Aims Health Plan - formerly EBS
M&T Bank ATTN; Lisa Sauer
285 Delaware, Ave., 3rd Floor
Buffalo, NY, 14202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 306.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6641

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The West Nottingham Academy in Cecil County
Name

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7  Nonpriority creditor's name and mailing address**

Anaconda Protective Concepts, Inc.
210 Executive Dr.
Suite 6
Newark, DE, 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  C385

$ 1,068.00

---

**3.8  Nonpriority creditor's name and mailing address**

Arc Water Treatment Co. of Maryland, Inc.
PO Box 248
Annapolis Junction, MD, 20701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  9300

$ 404.00

---

**3.9  Nonpriority creditor's name and mailing address**

Armstrong Utilities
PO Box 37749
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cable / Satellite Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 12,000.00

---

**3.10  Nonpriority creditor's name and mailing address**

Atlantic Tractor, LLC
2688 Pulaski Hwy
Newark, DE, 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 312.76

---

**3.11  Nonpriority creditor's name and mailing address**

Bajaj Petroleum
PO Box 1155
Rising Sun, MD, 21911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,423.40

---

Debtor  The West Nottingham Academy in Cecil County
_____
Name                                                                         Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12    **Nonpriority creditor's name and mailing address**

Balfour - Gradgear Company
986 Regimental Drive
West Chester, PA, 19382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,037.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    1728

---

**3.** 13    **Nonpriority creditor's name and mailing address**

Bank of America
100 33rd Street, West
New York, NY, 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 130,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Belfint, Lyons, Shuman CPA
1011 Centre Road
Suite 310
Wilmington, DE, 19805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,845.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Blackbaud Inc.
PO Box 930256
Atlanta, GA, 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 224.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    9740

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Brock and Company, Inc.
257 Great Valley Pkwy.
Malvern, PA, 19355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Food Vendor

$ 373,079.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    The West Nottingham Academy in Cecil County
          Name                                                    Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    0004

$ 800.00

---

**3.18** Nonpriority creditor's name and mailing address

Cardinal Web Solutions, LLC
PO Box 930359
Atlanta, GA, 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,680.00

---

**3.19** Nonpriority creditor's name and mailing address

Casa Laxmi
6 Bosham Close
Camperdown Heights
Nassau, Bahamas, PO Box SP63801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Unsecured Loan Repayments

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 625,000.00

---

**3.20** Nonpriority creditor's name and mailing address

CCPS
201 Booth Street
Elkton, MD, 21921

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250.47

---

**3.21** Nonpriority creditor's name and mailing address

College Board
PSAT/NIMSQT
12192 Collection Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 612.00

---

Debtor    The West Nottingham Academy in Cecil County
　　　　　Name                                                                      Case number (if known)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Consensus Cloud Solutions Canada, ULC
PO Box 512986
Los Angeles, CA, 90051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number    0177

Is the claim subject to offset?
☑ No
☐ Yes

$ 140.00

---

**3.23** Nonpriority creditor's name and mailing address

Coyne Chemical
PO Box 536258
Pittsburgh, PA, 15253

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number    7897

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,027.10

---

**3.24** Nonpriority creditor's name and mailing address

Curtis Power Solutions, LLC
PO Box 7788
Portsmouth, VA, 23707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number    4406

Is the claim subject to offset?
☑ No
☐ Yes

$ 570.50

---

**3.25** Nonpriority creditor's name and mailing address

Delmarva Power
PO Box 13609
Philadelphia, PA, 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,907.31

---

**3.26** Nonpriority creditor's name and mailing address

DuraGlo Floor Service, Inc.
7408 Checkerberry Way
Upper Marlboro, MD, 20772

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,500.00

---

Debtor    The West Nottingham Academy in Cecil County
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27  **Nonpriority creditor's name and mailing address**

Ecolab, Inc.
PO Box 32027
New York, NY, 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 434.16

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Enticor Properties
1 Wilkinson Road
Brampton
Ontario, Canada, L6T 4M6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured Loan Repayments

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 254,000.00

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Foodprep Solutions
570 Industrial Drive
Lewisberry, PA, 17339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 646.00

---

**3.** 30  **Nonpriority creditor's name and mailing address**

Hoffman's Exterminating Co., Inc.
532 Bridgeton Pike
Mantua, NJ, 08051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 104.00

---

**3.** 31  **Nonpriority creditor's name and mailing address**

HV Imaging
971 Sevarden Lane
Crownsville, MD, 21032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    3063

$ 1,619.91

Debtor  The West Nottingham Academy in Cecil County
        Name                                                                      Case number (if known)_____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**  Nonpriority creditor's name and mailing address

IEH Auto Parts LLC
PO Box 417609
Boston, MA, 02241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 276.42

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0094

---

**3.33**  Nonpriority creditor's name and mailing address

Insight Direct USA, Inc.
PO Box 731069
Dallas, TX, 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 543.36

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  5078

---

**3.34**  Nonpriority creditor's name and mailing address

IPFS Corporation
24722 Network Place
Chicago, IL, 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,185.80

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  3863

---

**3.35**  Nonpriority creditor's name and mailing address

Jostens, Inc.
21336 Network Place
Chicago, IL, 60683

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 11,974.76

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  2937

---

**3.36**  Nonpriority creditor's name and mailing address

Kenect LLC
1221 S. Valley Grove Way
Suite 400
Pleasant Grove, UT, 84062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,590.32

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

Debtor   The West Nottingham Academy in Cecil County
_____   Case number (if known)_____
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**   Nonpriority creditor's name and mailing address

LEAF Commercial Capital Inc.
PO Box 5066
Hartford, CT, 06102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 802.23

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.38**   Nonpriority creditor's name and mailing address

Liberty Elevator Experts
625 Barksdale Road
Barksdale Professional Center, Suite 113
Newark, DE, 19711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,092.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.39**   Nonpriority creditor's name and mailing address

MDTA
P.O. Box 5060
Middle River, MD, 21220-5060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   E-ZPass MD

$ 215.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.40**   Nonpriority creditor's name and mailing address

Mike Montgomery Auto, Inc.
6 Barnes Corner Rd.
Colora, MD, 21917

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 136.50

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.41**   Nonpriority creditor's name and mailing address

MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ, 08003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 647.30

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____  Case number *(if known)*_____
The West Nottingham Academy in Cecil County
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42**  Nonpriority creditor's name and mailing address

Parchment LLC
Dept. #880353
PO Box 29650
Phoenix, AZ, 85038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 885.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.43**  Nonpriority creditor's name and mailing address

Petro Commercial Services
Attn: Robert Cochrane
1000 Woodbury Rd., Suite 200
Woodbury, NY, 11797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 49,584.11

Date or dates debt was incurred _____

Last 4 digits of account number ____5573____

---

**3.44**  Nonpriority creditor's name and mailing address

Pollard & Associates, Inc.
One North Park Dr.
Suite 104
Hunt Valley, MD, 21030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,327.00

Date or dates debt was incurred _____

Last 4 digits of account number ____310K____

---

**3.45**  Nonpriority creditor's name and mailing address

Premium Power Services, LLC
505 Schoolhouse Road
Kennett Square, PA, 19348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 307.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.46**  Nonpriority creditor's name and mailing address

Project Lead the Way (PLTW)
5939 Castle Creek Parkway North Drive
Indianapolis, IN, 46250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   The West Nottingham Academy in Cecil County
         Name

Case number *(if known)*_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

Quadient Leasing USA, Inc.
Dept. 3682
PO Box 123682
Dallas, TX, 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   1235

$ 623.97

---

**3.48** | **Nonpriority creditor's name and mailing address**

RCM&D, Inc.
PO Box 74608
Cleveland, OH, 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 477.75

---

**3.49** | **Nonpriority creditor's name and mailing address**

Reach Boarding System
PO Box 182
Windsor, NS, B0N2T0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 4,630.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

Ready Refresh
Blue Triton Brands, Inc.
PO Box 856192
Louisville, KY, 40285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 249.10

---

**3.51** | **Nonpriority creditor's name and mailing address**

Resilite Sports Projects, Inc.
200 Point Township Drive
Northumberland, PA, 17857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 7,118.60

---

| Debtor | The West Nottingham Academy in Cecil County | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Rising Sun Supply
53 North Greenmount Road
Rising Sun, MD, 21911

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,016.37

---

**3.53** Nonpriority creditor's name and mailing address

Robert Half
12400 Collections Center Dr.
Chicago, IL, 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,421.54

---

**3.54** Nonpriority creditor's name and mailing address

Ron's Piano Service
1905 Castle Road
Forest Hill, MD, 21050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250.00

---

**3.55** Nonpriority creditor's name and mailing address

SC&H Attest Services, PC
PO Box 64271
Baltimore, MD, 21264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___S107___

$ 17,143.17

---

**3.56** Nonpriority creditor's name and mailing address

SchoolAdmin, LLC
PO Box 787942
Philadelphia, PA, 19178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,725.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  The West Nottingham Academy in Cecil County
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57**  **Nonpriority creditor's name and mailing address**

Schwartz Hannum PC
11 Chestnut Street
Andover, MA, 01810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

$ 3,339.60

---

**3.58**  **Nonpriority creditor's name and mailing address**

Sharp Water Culligan
PO Box 184
Cheswold, DE, 19936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  2886

$ 261.04

---

**3.59**  **Nonpriority creditor's name and mailing address**

Star Building Services, Inc.
PO Box 11410
Wilmington, DE, 19850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  3

$ 38,755.37

---

**3.60**  **Nonpriority creditor's name and mailing address**

Suburban Testing Labs, Inc.
1037F MacArthur Road
Willow Street, PA, 17584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

$ 783.20

---

**3.61**  **Nonpriority creditor's name and mailing address**

Superior Plus Propane
PO Box 981045
Boston, MA, 02298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  5910

$ 20,299.80

---

Debtor  The West Nottingham Academy in Cecil County
_____    Case number *(if known)*_____
Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.62**  **Nonpriority creditor's name and mailing address**

Susquehanna Operation Service, LLC
Hartford Community College CET-Workforce
Development
401 Thomas Run Road
Bel Air, MD, 21015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,370.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.63**  **Nonpriority creditor's name and mailing address**

TABS
One North Pack Square
Suite 301
Asheville, NC, 28801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,307.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____1068_____

---

**3.64**  **Nonpriority creditor's name and mailing address**

TECx Global Education Foundation
c/o Lourie Furshman, Duane Morris LLP
100 International Drive, Suite 700
Baltimore, MD, 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Disputed claim in lawsuit

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.65**  **Nonpriority creditor's name and mailing address**

Tesla
PO Box 3500
Draper, UT, 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 137,808.28

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.66**  **Nonpriority creditor's name and mailing address**

The Enrollment Management Association
LB#1957
PO Box 95000
Philadelphia, PA, 19195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,750.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    The West Nottingham Academy in Cecil County _____    Case number _(if known)_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67    **Nonpriority creditor's name and mailing address**

TimeTechnologies, Inc.
326 Tazewell Ave.
Roanoke, VA, 24013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,013.02

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 68    **Nonpriority creditor's name and mailing address**

Trago Mechanical, Inc.
5 West Wynwood Drive
Willow Street, PA, 17584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,699.89

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 69    **Nonpriority creditor's name and mailing address**

Verizon Wireless
PO Box 16810
Newark, NJ, 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 185.95

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __0001_____

---

**3.** 70    **Nonpriority creditor's name and mailing address**

W.B. Mason Co., Inc.
PO Box 981101
Boston, MA, 02298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 62.96

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __4716_____

---

**3.** 71    **Nonpriority creditor's name and mailing address**

Water Testing Labs of Maryland, Inc.
PO Box 712
1000 Buttenworth Court
Stevensville, MD, 21666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,385.30

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor    The West Nottingham Academy in Cecil County

Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.72  **Nonpriority creditor's name and mailing address**

Whiteford, Taylor & Preston
7 St. Paul St.
Baltimore, MD, 21202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,929.21

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

3.____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 16 of 18

Debtor ____The West Nottingham Academy in Cecil County_____ Case number _(if known)_____
           Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|------------------------------------------------------------------|-----------------------------------------|
| 4.1. | Canon Financial Services<br>158 Gaither Drive<br>Mount Laurel, NJ, 08054 | Line 3.17<br>☐ Not listed. Explain: | _____ |
| 4.2. | Sarah Jones<br>1717 Pennsylvania Ave, NW<br>Suite 1200<br>Washington, DC, 20006 | Line 3.59<br>☐ Not listed. Explain | _____ |
| 4.3. | VAR Technology Finance<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA, 19103 | Line 3.37<br>☐ Not listed. Explain | 1002 |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor   The West Nottingham Academy in Cecil County
_____
Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 1,806,621.58 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,806,621.58 |

---

**Fill in this information to identify the case:**

Debtor name __The West Nottingham Academy in Cecil County__

United States Bankruptcy Court for the: __District of Maryland__

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** — Solar power generation equipment<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Solar City Corporation<br>3055 Clearview Way<br>San Mateo, CA, 94402 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** — Managed Print Lease Contract<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Canon<br>158 Gaither Drive<br>Mount Laurel, NJ, 08054 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** — Employment Contract<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sandy Wirth<br>1079 Firetower Road<br>Colora, MD, 21917 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |

---

**Fill in this information to identify the case:**

Debtor name  The West Nottingham Academy in Cecil County

United States Bankruptcy Court for the:  District of Maryland

Case number (If known)

---

❑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1*: **Codebtor** | | *Column 2*: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Kendall Cameron | | TECx Global Education Foundation | ❑ D ☑ E/F ❑ G |
| **2.2** Virginia Kennedy | | TECx Global Education F | ❑ D ☑ E/F ❑ G |
| **2.3** | | | ❑ D ❑ E/F ❑ G |
| **2.4** | | | ❑ D ❑ E/F ❑ G |
| **2.5** | | | ❑ D ❑ E/F ❑ G |
| **2.6** | | | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name ___The West Nottingham Academy in Cecil County___

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/01/2022<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other | $ 1,240,900.00 |
| **For prior year:** | From 07/01/2021<br>MM / DD / YYYY | to | 06/30/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 1,856,400.00 |
| **For the year before that:** | From 07/01/2020<br>MM / DD / YYYY | to | 06/30/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 1,229,800.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/01/2022<br>MM / DD / YYYY | to | Filing date | Donations | $ 992,400.00 |
| **For prior year:** | From 07/01/2021<br>MM / DD / YYYY | to | 06/30/2022<br>MM / DD / YYYY | Donations | $ 1,087,500.00 |
| **For the year before that:** | From 07/01/2020<br>MM / DD / YYYY | to | 06/30/2021<br>MM / DD / YYYY | Donations | $ 1,508,400.00 |

Debtor  The West Nottingham Academy in Cecil County                              Case number *(if known)* _____
_____
Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Brock and Company, Inc.<br>Creditor's name<br>257 Great Valley Pkwy.<br>Malvern, PA 19355 | 4/17/23<br>3/28/23<br>3/17/23<br>3/3/23<br>2/17/23<br>5/30/23 | $ 207,133.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Other |
| 3.2. | Bajaj Petroleum<br>Creditor's name<br>PO Box 1155<br>Rising Sun, MD 21911 | 3/30/23<br>2/15/23 | $ 37,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

Debtor    The West Nottingham Academy in Cecil County
_____
Name

Case number (*if known*)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Star Building Services, Inc. v. The West Nottingham Academy | Breach of Contract | Circuit Court for Cecil County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** C-07-CV-23-136 | | 129 East Main St Elkton, MD 21921 | |
| 7.2. | **Case title** West Nottingham Academy of Cecil County vs. Office of the Attorney General | | **Court or agency's name and address** Circuit Court for Cecil County | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** C-07-CV-22-000036 | Injunction | 129 East Main St Elkton, MD 21921 | |

---

Debtor  The West Nottingham Academy in Cecil County _____  Case number *(if known)* _____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Flood damage | 22,725.13 | 04/2023 | $22,725.13 |

Debtor | The West Nottingham Academy in Cecil County
_____ | Case number *(if known)*_____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Wolff & Orenstein, LLC _____ **Address** 15245 Shady Grove Road Suite 465 North Rockville, MD 20850 | Payments of retainer for legal fees of $25,000.00 and costs of $3,000.00 from third party, see Rule 2016(b) statement | _____ | $ 28,000.00 |

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ **Address** | | _____ | $_____ |

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ **Trustee** _____ | | _____ | $_____ |

Debtor    The West Nottingham Academy in Cecil County    Case number *(if known)*_____
_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    The West Nottingham Academy in Cecil County
          _____    Case number *(if known)*_____
          Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor   The West Nottingham Academy in Cecil County
_____
Name

Case number *(if known)*_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Endowment - FNB 5785 <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other_____ | 05/31/2023 | $ 0.00 |
| 18.2. | Payroll - FNB 1452 <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other_____ | 05/31/2023 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| First National Bank <br> Name <br> Rising Sun, MD | Sandy Wirth | Paper copies of deeds and surveys | ☐ No <br> ☑ Yes |
| **Address** <br> 1079 Firetower Road\rColora, MD 21917 | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name | | | ☐ No <br> ☐ Yes |
| **Address** | | | |

---

Debtor    The West Nottingham Academy in Cecil County      Case number *(if known)*_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor  The West Nottingham Academy in Cecil County _____  Case number *(if known)* _____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.2. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.3. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |

---

Debtor    The West Nottingham Academy in Cecil County             Case number *(if known)*_____
_____
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. SCH Group<br>Name<br>Ryan Livingstone, CPA, P.O. Box 64271, Baltimore, MD 21264 | From _____<br><br>To _____ |
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jim Shone, Trustee<br>Name<br>1 Wilkinson Road, Brampton, ON, L6T 4M6, Canada | |

---

Debtor    The West Nottingham Academy in Cecil County
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    First National Bank of Pennsylvania
_____
Name

| Name and address |
|---|

26d.2.    USDA
_____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Debtor | The West Nottingham Academy in Cecil County | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kiran Kulkarni | 1 Wilkinson Road Brampton, ON, L6T 4M6, Canada, | Trustee and President | |
| Jim Shone | 1 Wilkinson Road Brampton, ON, L6T 4M6, Canada, | Trustee | |
| Arun Kulkarni | 139 Copernicus Blvd. Brantford, ON, N3P 1N4, Canada, | Trustee | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rehan Choudhry | | | _____ To _____ |
| Josh Feinblum | | | _____ To _____ |
| Jeffrey Burge | | | _____ To _____ |
| Trish Cashman McGarvey | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    The West Nottingham Academy in Cecil County                         Case number *(if known)*_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 403(b) | EIN: 52-0591693 |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/31/2023
               MM  / DD  / YYYY

✖ /s/ Jim Shone                                      Printed name    Jim Shone
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Trustee

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name  The West Nottingham Academy in Cecil County            Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

Superior Plus Propane,       $20,100.00
PO Box 981045, Boston,
MA 02298

AIMS, 890 Airport Park       $69,200.00                Other
Road Suite 103, Glen
Burnie, MD 21061


**7) Legal Actions**

TecX Global Education Foundation v. The West Nottingham Academy in Cecil County

1-22-CV-00175-LKG

Real Property

U.S. District Court, District of Maryland (Baltimore)

101 W Lombard St, Baltimore, MD 21201

Pending

-------


**17) Pension Contributions**

403(b)                       52-0591693

**18) Closed financial accounts**

Depository - FNB 1444                          $0.00


**29) Former partners**

Harold Brewer

Matt Pestronk

Dr. Heejung Raina
Sim

John Weiss

William LaVan

---

**Fill in this information to identify the case and this filing:**

Debtor Name    The West Nottingham Academy in Cecil County

United States Bankruptcy Court for the:    District of Maryland

Case number (*If known*):    _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/31/2023          ✘ /s/ Jim Shone
              MM / DD / YYYY        _____
                                    Signature of individual signing on behalf of debtor

                                    Jim Shone
                                    _____
                                    Printed name

                                    Trustee
                                    _____
                                    Position or relationship to debtor

About Town Limousine, Inc.
1717 Turkey Point Road
PO Box 276
North East, MD 21901


Ace Hardware, Inc.
PO Box 364
23 West Main Street
Rising Sun, MD 21911


Ace Rentals
8973 Yellow Brick Rd.
Baltimore, MD 21237


Action Unlimited Resources
230 Quigley Blvd.
New Castle, DE 19720


AIMS
890 Airport Park Road
Suite 103
Glen Burnie, MD 21061


Aims Health Plan — formerly EBS
M&T Bank ATTN; Lisa Sauer
285 Delaware, Ave., 3rd Floor
Buffalo, NY 14202


Anaconda Protective Concepts, Inc.
210 Executive Dr.
Suite 6
Newark, DE 19702


Arc Water Treatment Co. of Maryland, Inc.
PO Box 248
Annapolis Junction, MD 20701


Armstrong Utilities
PO Box 37749
Philadelphia, PA 19101


Atlantic Tractor, LLC
2688 Pulaski Hwy
Newark, DE 19702


Bajaj Petroleum
PO Box 1155
Rising Sun, MD 21911


Balfour — Gradgear Company
986 Regimental Drive
West Chester, PA 19382

Bank of America
100 33rd Street, West
New York, NY 10001


Belfint, Lyons, Shuman CPA
1011 Centre Road
Suite 310
Wilmington, DE 19805


Blackbaud Inc.
PO Box 930256
Atlanta, GA 31193


Brock and Company, Inc.
257 Great Valley Pkwy.
Malvern, PA 19355


Canon
158 Gaither Drive
Mount Laurel, NJ 08054


Canon Financial Services
158 Gaither Drive
Mount Laurel, NJ 08054


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693


Cardinal Web Solutions, LLC
PO Box 930359
Atlanta, GA 31193


Casa Laxmi
6 Bosham Close
Camperdown Heights
Nassau, Bahamas,  PO Box SP63801


CCPS
201 Booth Street
Elkton, MD 21921


College Board
PSAT/NIMSQT
12192 Collection Center Drive
Chicago, IL 60693


Comptroller of Maryland
Revenue Admin. Dept.
110 Carroll Street
Annapolis, MD 21411-0001

**Consensus Cloud Solutions Canada, ULC**
**PO Box 512986**
**Los Angeles, CA 90051**


**Coyne Chemical**
**PO Box 536258**
**Pittsburgh, PA 15253**


**Curtis Power Solutions, LLC**
**PO Box 7788**
**Portsmouth, VA 23707**


**Delmarva Power**
**PO Box 13609**
**Philadelphia, PA 19101**


**DuraGlo Floor Service, Inc.**
**7408 Checkerberry Way**
**Upper Marlboro, MD 20772**


**Ecolab, Inc.**
**PO Box 32027**
**New York, NY 10087**


**Enticor Properties**
**1 Wilkinson Road**
**Brampton**
**Ontario, Canada,  L6T 4M6**


**First National Bank (Line of Credit)**
**12 Federal Street**
**Suite 300**
**Pittsburgh, PA 15212**


**First National Bank of Pennsylvania**
**12 Federal Street**
**Suite 300**
**Pittsburgh, PA 15212**


**First National Bank of Pennsylvania**
**c/o The Corporation Trust, Inc.**
**2405 York Road, Suite 201**
**Lutherville—Timonium, MD 21093—2264**


**Foodprep Solutions**
**570 Industrial Drive**
**Lewisberry, PA 17339**


**Hoffman's Exterminating Co., Inc.**
**532 Bridgeton Pike**
**Mantua, NJ 08051**

HV Imaging
971 Sevarden Lane
Crownsville, MD 21032


IEH Auto Parts LLC
PO Box 417609
Boston, MA 02241


Insight Direct USA, Inc.
PO Box 731069
Dallas, TX 75373


Internal Revenue Servoce
Cincinatti, OH 45999-0010


IPFS Corporation
24722 Network Place
Chicago, IL 60673


Jostens, Inc.
21336 Network Place
Chicago, IL 60683


Kendall Cameron


Kenect LLC
1221 S. Valley Grove Way
Suite 400
Pleasant Grove, UT 84062


LEAF Commercial Capital Inc.
PO Box 5066
Hartford, CT 06102


Liberty Elevator Experts
625 Barksdale Road
Barksdale Professional Center, Suite 113
Newark, DE 19711


M&T Bank
7 St. Paul Street
Suite 820
Baltimore, MD 21202


Manufacturers and Traders Trust Company
c/o CSC-Lawyers Incorporating Service Co
7 St. Paul St., Suite 820
Baltimore, MD 21202


MDTA
P.O. Box 5060
Middle River, MD 21220-5060

Mike Montgomery Auto, Inc.
6 Barnes Corner Rd.
Colora, MD 21917


MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ 08003


Parchment LLC
Dept. #880353
PO Box 29650
Phoenix, AZ 85038


Petro Commercial Services
Attn: Robert Cochrane
1000 Woodbury Rd., Suite 200
Woodbury, NY 11797


Pollard & Associates, Inc.
One North Park Dr.
Suite 104
Hunt Valley, MD 21030


Premium Power Services, LLC
505 Schoolhouse Road
Kennett Square, PA 19348


Project Lead the Way (PLTW)
5939 Castle Creek Parkway North Drive
Indianapolis, IN 46250


Quadient Leasing USA, Inc.
Dept. 3682
PO Box 123682
Dallas, TX 75312


RCM&D, Inc.
PO Box 74608
Cleveland, OH 44194


Reach Boarding System
PO Box 182
Windsor, NS,  B0N2T0


Ready Refresh
Blue Triton Brands, Inc.
PO Box 856192
Louisville, KY 40285


Resilite Sports Projects, Inc.
200 Point Township Drive
Northumberland, PA 17857

Rising Sun Supply
53 North Greenmount Road
Rising Sun, MD 21911


Robert Half
12400 Collections Center Dr.
Chicago, IL 60693


Ron's Piano Service
1905 Castle Road
Forest Hill, MD 21050


Sandy Wirth
1079 Firetower Road
Colora, MD 21917


Sarah Jones
1717 Pennsylvania Ave, NW
Suite 1200
Washington, DC 20006


SC&H Attest Services, PC
PO Box 64271
Baltimore, MD 21264


SchoolAdmin, LLC
PO Box 787942
Philadelphia, PA 19178


Schwartz Hannum PC
11 Chestnut Street
Andover, MA 01810


Sharp Water Culligan
PO Box 184
Cheswold, DE 19936


Solar City Corporation
3055 Clearview Way
San Mateo, CA 94402


Star Building Services, Inc.
PO Box 11410
Wilmington, DE 19850


Star Building Services, Inc.
106 Quigley Blvd
New Castle, DE 19720


Suburban Testing Labs, Inc.
1037F MacArthur Road
Willow Street, PA 17584

Superior Plus Propane
PO Box 981045
Boston, MA 02298


Susquehanna Operation Service, LLC
Hartford Community College CET-Workforce
401 Thomas Run Road
Bel Air, MD 21015


TABS
One North Pack Square
Suite 301
Asheville, NC 28801


TECx Global Education Foundation
c/o Lourie Furshman, Duane Morris LLP
100 International Drive, Suite 700
Baltimore, MD 21202


TECx Global Education Foundation
c/o Brown Goldstein & Levy, LLP
120 E. Baltimore St, Ste. 2500
Baltimore, MD 21202


Tesla
PO Box 3500
Draper, UT 84020


The Enrollment Management Association
LB#1957
PO Box 95000
Philadelphia, PA 19195


TimeTechnologies, Inc.
326 Tazewell Ave.
Roanoke, VA 24013


Trago Mechanical, Inc.
5 West Wynwood Drive
Willow Street, PA 17584


U.S. Dept. of Agricultural Rural Development
1221 College Park Drive
Suite 200
Dover, DE 19904


USDA
1400 Independence Ave, SW
Washington, DC 20250


USDA

**VAR Technology Finance**
**2005 Market Street**
**14th Floor**
**Philadelphia, PA 19103**


**Verizon Wireless**
**PO Box 16810**
**Newark, NJ 07101**


**Virginia Kennedy**


**W.B. Mason Co., Inc.**
**PO Box 981101**
**Boston, MA 02298**


**Water Testing Labs of Maryland, Inc.**
**PO Box 712**
**1000 Buttenworth Court**
**Stevensville, MD 21666**


**Whiteford, Taylor & Preston**
**7 St. Paul St.**
**Baltimore, MD 21202**

United States Bankruptcy Court

District of Maryland

In re: The West Nottingham Academy in Cecil
County

      Debtor(s)

Case No.

Chapter  11

**Verification of Creditor Matrix**

   The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____05/31/2023_____

/s/ Jim Shone
_____
Signature of Individual signing on behalf of debtor

Trustee
_____
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                                Case No._____

The West Nottingham Academy in Cecil County
_____  Chapter  ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Kiran Kulkarni 1 Wilkinson Road Brampton, ON, L6T 4M6, Canada, | | |
| Jim Shone 1 Wilkinson Road Brampton, ON, L6T 4M6, Canada, | | |
| Arun Kulkarni 139 Copernicus Blvd. Brantford, ON, N3P 1N4, Canada, | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

In re:                                          *

                                                *

WEST NOTTINGHAM ACADEMY        *     Case No.: _____

    IN CECIL COUNTY                  *

                                                *

    Debtor                                *     Chapter 11, Subchapter V

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kiran Kulkarni, declare under penalty of perjury that I am the President of the West Nottingham Academy in Cecil County, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of May, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that either Kiran Kulkarni, President of this Corporation, and/or Jim Shone, Trustee, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that either Kiran Kulkarni, President of this Corporation, and/or Jim Shone, Trustee, are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that either Kiran Kulkarni, President of this Corporation, and/or Jim Shone, Trustee, are authorized and directed to employ Jeffrey M. Orenstein, attorney, and the law firm of Wolff & Orenstein, LLC to represent this Corporation in such bankruptcy case."

Date: May 31, 2023                    Signed: _____

                                                        Kiran Kulkarni, President

**Resolution of Board of Trustees**
**of the**
**West Nottingham Academy in Cecil County**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that either Kiran Kulkarni, President of this Corporation, and/or Jim Shone, Trustee, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that either Kiran Kulkarni, President of this Corporation, and/or Jim Shone, Trustee, are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that either Kiran Kulkarni, President of this Corporation, and/or Jim Shone, Trustee, are authorized and directed to employ Jeffrey M. Orenstein, attorney, and the law firm of Wolff & Orenstein, LLC to represent this Corporation in such bankruptcy case.

By signing below, I hereby certify that this Resolution has been adopted by the Board of Trustees of the Corporation, by unanimous joint written consent of the members of the Corporation's Board of Trustees, effective as of the date set forth below.

**THE WEST NOTTINGHAM ACADEMY**
**IN CECIL COUNTY**

Date: May 31, 2023        Signed: _____
                                    Kiran Kulkarni, President

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Maryland

In re The West Nottingham Academy in Cecil County

_____
(Debtor(s))

Case No. _____
Chapter  11 _____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for The West Nottingham Academy in Cecil County

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☒ None [check if applicable]

05/31/2023
_____
Date

/s/ Matthew Abbott
_____
Statement of attorney or Litigant