UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| THE WEST NOTTINGHAM ACADEMY   *   Case No. 23-13830-MMH | |
| IN CECIL COUNTY                              Chapter 11 (Subchapter V) | |
| | * |
| Debtor | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>DEBTOR'S LIST OF EXHIBITS FOR HEARING ON</u>

<u>MOTION FOR ENTRY OF INTERIM ORDER (I) AUTHORIZING THE USE OF FIRST NATIONAL BANK'S CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363 AND (III) SCHEDULING A FINAL HEARING</u>

<u>AND</u>

<u>EXPEDITED MOTION FOR THE ENTRY OF INTERIM ORDER PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE (A) AUTHORIZING THE DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING, (B) GRANTING SECURITY INTERESTS AND LIENS, (C) APPROVING AGREEMENT RELATING TO THE FOREGOING, (D) GRANTING RELATED RELIEF, AND (E) SCHEDULING A HEARING ON THE MOTION PURSUANT TO BANKRUPTCY RULE 4001(C)</u>

THE WEST NOTTINGHAM ACADEMY IN CECIL COUNTY (the "Debtor"), by and through JEFFREY M. ORENSTEIN and WOLFF & ORENSTEIN, LLC, submits this list of exhibits for use at the hearing on its Motion for Entry of Interim Order (I) Authorizing the Use of First National Bank's Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing and on its Expedited Motion for the Entry of Interim Order Pursuant to Section 364 of the Bankruptcy Code (A) Authorizing the Debtor to

Obtain Debtor-in-possession Financing, (B) Granting Security Interests and Liens, (C) Approving Agreement Relating to the Foregoing, (D) Granting Related Relief, and (E) Scheduling a Hearing on the Motion Pursuant to Bankruptcy Rule 4001(c):

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtor 1 | Initial Filing (Petition, Schedules, SOFA) | | | |
| Debtor 2 | Budget | | | |
| Debtor 3 | Post-Petition Loan and Security Agreement | | | |
| Debtor 4 | SDAT Lien Report | | | |
| Debtor 5 | Howard Bank UCC Filings | | | |
| Debtor 6 | VAR Technology UCC Filings | | | |
| – | Any documents relied upon or listed by other parties | | | |

Respectfully submitted,

[signature on following page]

        \s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 4th day of June, 2023, a copy of the foregoing was sent via electronic mail, to:

Hugh M. Bernstein, Esq. - hugh.m.bernstein@usdoj.gov

Angela L. Shortall, Sub-Chapter V Trustee - ashortall@3cubed-as.com ; md70@ecfcbis.com

Alan C. Lazerow, Esq. - Alan.Lazerow@usdoj.gov

Scott R. Robinson, Esq. - scottr@hrdlawyers.com; darcyf@hrdlawyers.com

Scott A. Dietterick, Esq. - sad@jsdc.com

Steven L. Goldberg, Esq. - sgoldberg@mhlawyers.com>

        \s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein