Entered: January 30th, 2024
Signed: January 30th, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE WEST NOTTINGHAM ACADEMY IN CECIL COUNTY | * | Case No. 23-13830-MMH Chapter 11 (Subchapter V) |
| | * | |
| Debtor | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER CONFIRMING DEBTOR'S FIRST AMENDED
CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION,
ON A CONSENSUAL BASIS PURSUANT TO 11 U.S.C. § 1191(a)

This matter came before the Court on January 25, 2024 (the "Confirmation Hearing") to

consider confirmation of the Debtor's First Amended Chapter 11, Subchapter V Plan of

Reorganization [Doc. 124] (the "Plan"). The Court, having reviewed and considered the Plan,

the proffered testimony and arguments of counsel presented at the Confirmation Hearing, the

Court finding that the Plan satisfies the applicable requirements of 11 U.S.C. §§ 1129 and

1191(a), and for the reasons stated on the record at the Confirmation Hearing, it is, by the United

States Bankruptcy Court for the District of Maryland,

ORDERED, that the Plan and each of the Plan's provisions are confirmed pursuant to 11

U.S.C. § 1191(a); and it is further

1

ORDERED; that within thirty (30) days of the entry of this Order, the Debtor shall cause LEAF Capital Funding, LLC ("LEAF") to be added as an additional loss payee on the Debtor's insurance policy and LEAF shall, thereafter, be provided with the Accord certificate naming LEAF Capital Funding, LLC, ISAOA, PO Box 979127, Miami, FL 33197-9127 as an additional loss payee; and it is further

ORDERED, that in the event of a default under the Plan, which default is not cured within the applicable grace period, LEAF shall be entitled to repossess its collateral, subject only to the rights of creditors that have a superior interest in such collateral.

cc:

Jeffrey M. Orenstein, Esq. - jorenstein@wolawgroup.com

Matthew E. Abbott, Esq. - mabbott@wolawgroup.com

Hugh M. Bernstein, Esq. - hugh.m.bernstein@usdoj.gov

Angela L. Shortall, Sub-Chapter V Trustee - ashortall@3cubed-as.com

Jessica Dillon, Esq. - Jessica.Dillon@usdoj.gov

Scott R. Robinson, Esq. - scottr@hrdlawyers.com

Scott A. Dietterick, Esq. - sad@jsdc.com

Kim A. Bonner, Esq. - KAB@jsdc.com

Steven L. Goldberg, Esq. - sgoldberg@mhlawyers.com

Owen Hare, Esq. - Ohare@ftlaw.com

**END OF ORDER**