# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23–13830 – MMH**   Chapter: **11**

**The West Nottingham Academy in Cecil County,**
Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 5/29/24 at 01:00 PM by videoconference. Contact Hearings_MMH@mdb.uscourts.gov to receive Zoom hearing access information.

to consider and act upon the following:

154 – Motion for Refund of Excess Adequate Protection Payments Filed by The West Nottingham Academy in Cecil County. (Attachments: # 1 Proposed Order) (Orenstein, Jeffrey)

160 – Objection on behalf of First National Bank of Pennsylvania Filed by Kimberly A Bonner (related document(s)154 Motion for Miscellaneous Relief filed by Debtor The West Nottingham Academy in Cecil County). (Attachments: # 1 Certificate of Service) (Bonner, Kimberly)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/18/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 06/08/2020)