UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE WEST NOTTINGHAM ACADEMY | * | Case No. 23-13830-MMH |
| IN CECIL COUNTY | | Chapter 11 (Subchapter V) |
| | * | |
| Debtor | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

THE WEST NOTTINGHAM ACADEMY IN CECIL COUNTY, Debtor and Debtor-in-Possession, by and through undersigned counsel, files this report of payments made pursuant to the Plan confirmed by this Court on January 30, 2024.

**TOTAL DISTRIBUTION** $2,168,081.78

PERCENTAGE OF CLAIMS PAID OR PROPOSED
TO BE PAID TO THE GENERAL CLASS OF
UNSECURED CREDITORS WITHIN THE PLAN          %0.00[1]

---

[1] The Plan contemplated payment to general unsecured creditors; however, First National Bank filed its Motion for Relief Pursuant to 11 U.S.C. § 362(d)(1), or, in the Alternative, Motion to Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) (the "Motion").  On May 16, 2024, before the first payment was due to be made to general unsecured creditors, the Court entered its Consent Order Authorizing First National Bank to Pursue State Court Remedies Against the Debtor's Real Property (the "Order").  The Order allowed First National Bank to pursue its state court remedies with regard to the Debtor's property and provided "that because the entry of this Order will resolve the Motion and thereby will have fully resolved all motions, contested matters and adversary proceedings in this case, following the entry of this Order, the Debtor shall file a Motion for the entry of a final decree in accordance with the provisions of Local Rule 3022-1(4) so that this case may be closed.  As a result, there will be no further payments made in accordance with the Confirmed Plan and it is anticipated that creditors will only be paid, outside of bankruptcy, in accordance with their lien rights against the Debtor's property.

|   |   |   | Paid | Proposed | Total |
|---|---|---|---|---|---|
| A. | Priority Payments of Expenses of Administration other than Operating Expenses: | | | | |
|   | 1. | Subchapter V Trustee | $17,124.18 | $0 | $17,124.18 |
|   | 2. | Debtor's Attorney | $148,579.56 | $20,000.00 | $168,579.56 |
| B. | Other Professional Fees and Expenses: | | N/A | N/A | N/A |
| C. | Payments to creditors | | | | |
|   | 1. | Payment to secured creditor | $0 | $0 | $0 |
|   | 2. | Payment to Class 1 priority creditors | $5,025.00 | $0 | $5,025.00 |
|   | 3. | Payment to Class 2 priority creditors | $22,582.55 | $0 | $22,582.55 |
|   | 4. | Payment to Class 9 creditors | $4,943.86 | $0 | $4,943.86 |
|   | 5. | Payment general unsecured creditors | N/A | N/A | N/A |
|   | 6. | Payment to equity security holders | | $0.00 | $0.00 |
| D. | Other payments: (including surplus) | | N/A | N/A | N/A |
| E. | Total Payments | | $198,255.15 | $20,000.00 | $218,288.15 |

F. Total Proposed Distribution Remaining to be Paid: $20,000.00

The Plan proponent hereby avers that the Plan was substantially consummated when the Debtor made the payments to the Class 1 and Class 2 priority creditors in March of 2024, and that this Chapter 11 Final Report and Motion for Final Decree is now being filed in accordance with the Court's Order.  Wherefore, the Plan Proponent prays for entry of a Final Decree and such other and further relief as is just and appropriate.

Respectfully submitted,

[SIGNATURE ON FOLLOWING PAGE]

DATE:                                 \s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for the Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the __4th__ day of June, 2025, a copy of the foregoing was sent via electronic mail, to:

Hugh M. Bernstein, Esq. - hugh.m.bernstein@usdoj.gov
Scott A. Dietterick, Esq. - sad@jsdc.com
Kimberly A. Bonner, Esq. - KAB@jsdc.com
Steven L. Goldberg, Esq. - sgoldberg@mhlawyers.com
Owen Hare, Esq. - ohare@fftlaw.com


A supplemental Certificate of Service will be filed reflecting service of the foregoing to all parties on the mailing matrix.

                                                       \s\ Jeffrey M. Orenstein
                                                       Jeffrey M. Orenstein